Frances A. Smith
Texas Bar No. 24033084
Shackelford, Bowen, McKinley & Norton, LLP
9201 N. Central Expressway, 4th Floor
Dallas, Texas 75231
Telephone: 214.780.1400
Facsimile: 214.780.1401
Email: fsmith@shackelfordlaw.net
**COUNSEL FOR ARISTOCRAT, LLC dba CHURCH'S CHICKEN**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **ARISTOCRAT, LLC** § | **CASE NO. 17-40099** | |
| **dba CHURCH'S CHICKEN,** § | | |
| § | | |
| **Debtor.** § | **Chapter 7** | |

## NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS

PLEASE TAKE NOTICE that the meeting of creditors of Aristocrat, LLC dba Church's Chicken (the "Debtor"), debtor, in the above-referenced bankruptcy case, which was previously scheduled for February 17, 2017 at 10:00 A.M. has been rescheduled and will now be held on **March 3, 2017 at 8:30 A.M**.

Dated: January 30, 2017                     Respectfully submitted

                                            By:     */s/ Frances A. Smith*
                                            Frances A. Smith
                                            Texas Bar No. 24033084
                                            SHACKELFORD, BOWEN, McKINLEY
                                            & NORTON, LLP
                                            9201 N. Central Expressway, 4th Floor
                                            Dallas, Texas 75231
                                            Telephone: 214.780.1400
                                            Facsimile: 214.780.1401
                                            Email: fsmith@shackelfordlaw.net
                                            **COUNSEL FOR ARISTOCRAT, LLC**
                                            **dba CHURCH'S CHICKEN**

**NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS**

## **CERTIFICATE OF SEVICE**

      I hereby certify that a true and correct copy of the foregoing was served upon the following by first-class United States mail and email (where indicated) and by the Court's ECF noticing system upon those parties who have requested and agreed to electronic notification on January 30, 2017.

                                               */s/ Frances A. Smith*  
                                                Frances A. Smith

**NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS**

**Aristocrat, LLC**
**Case No. 17-40099**
**Master Service List**

*Debtor:*
Aristocrat, LLC dba Church's Chicken
c/o Falcon Holdings Mgmt, LLC
1301 Solana Blvd., Suite 2300
Westlake, TX 76262
**Served via U.S. Mail**

*Debtor's Counsel:*
Shackelford, Bowen, McKinley & Norton, LLP
Attn: Frances A. Smith
9201 N. Central Expressway, 4th Floor
Dallas, TX 75231
Telephone: 214-780-1400
Facsimile: 214-780-1401
Email: fsmith@shackelfordlaw.net
**Served via ECF**

*Chapter 7 Trustee:*
Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201
**Served via U.S. Mail**

*U.S. Trustee:*
United States Trustee
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702
Telephone: 903-590-1450
Email: ustpregion06.ty.ecf.usdoj.gov
**Served via ECF**

*Creditors:*
Airgas - Mid South Inc.
31 N. Peoria
Tulsa, OK 74120
**Served via U.S. Mail**

All-Tech
17334 CR 1325
Flint, TX 75762
**Served via U.S. Mail**

Amber L. Wilson
14714 County Rd., 173 N.
Kilgore, TX 75662
**Served via U.S. Mail**

Angela M. Luvianos
2460 Danville Rd., #5
Kilgore, TX 75662
**Served via U.S. Mail**

Aretha R. Hollis
701 E. Miller St.
Gladewater, TX 75647
**Served via U.S. Mail**

Bank Direct Capital Finance
Two Conway Park
150 North Field Drive, Ste. 190
Lake Forest, IL 60045
**Served via U.S. Mail**

Cajun Global, LLC
c/o Slotkin and Caiola, LLC
Attn: Anne Peirce Caiola
118 East Maple Street
Decatur, GA 30030
**Served via U.S. Mail**

Cajun Global, LLC
c/o Slotkin & Caiola, LLC
Attn: Anne Peirce Caiola
118 East Maple Street
Decatur, GA 30030
**Served via U.S. Mail**

Carrie Bryant
900 S. Green St.
Longview, TX 75602
**Served via U.S. Mail**

Church's Chicken
c/o Slotkin and Caiola, LLC
Attn: Anne Peirce Caiola
118 East Maple Street
Decatur, GA 30030
**Served via U.S. Mail**

City of Kilgore, Texas
815 N. Kilgore St.
Kilgore, TX 75662
**Served via U.S. Mail**

City of Longview, TX
P.O. Box 1952
Longview, TX 75606
**Served via U.S. Mail**

CTS Holdings, LLC on behalf of i
and Wells Fargo Bank, N.A.
MAC A037-023
1200 Montego Way
Walnut Creek, CA 94595
**Served via U.S. Mail**

Diego P. Herrera
701 Gilmer Rd., Apt. 344
Longview, TX 75604
**Served via U.S. Mail**

Ecolab Pest Elimination
26252 Network PLace
Chicago, IL 60673-1262
**Served via U.S. Mail**

Edwards Septic and Grease Trap S
2821 State Highway 42
North Kilgore, TX 75662
**Served via U.S. Mail**

Eliaz Muhammad
5239 Caprice Ct.
Las Vegas, NV 89118
**Served via U.S. Mail**

Falcon Holdings Mgmt, LLC
1301 Solana Blvd., Ste. 2300
Westlake, TX 76262
**Served via U.S. Mail**

Forrest Sanders
502 Bagwell St.
Kilgore, TX 75662
**Served via U.S. Mail**

FRIS CHKN, LLC
c/o Slotkin & Caiola, LLC
Attn: Anne Peirce Caiola
118 East Maple Street
Decatur, GA 30030
**Served via U.S. Mail**

Griselda G. Tello
11846 State Highway 300
Gilmer, TX 75645
**Served via U.S. Mail**

Hilda Villanueva
405 Tammy Lynn Dr., Apt. 1
Longview, TX 75604
**Served via U.S. Mail**

Interface Security Systems, LLC
3773 Corporate Center Drive
Earth City, MO 63045
**Served via U.S. Mail**

IRS Office
913 NW Loop 281, Ste. 212
Longview, TX 75604
**Served via U.S. Mail**

Jennifer Zamarripa
306 Private Rd., 3351
Kilgore, TX 75662
**Served via U.S. Mail**

Kimberly James
184 CR 168 W.
Kilgore, TX 75662
**Served via U.S. Mail**

Koby D. McMillan
2501 Highway 42 N.
Kilgore, TX 75662
**Served via U.S. Mail**

Lilia M. Torres
502 Gulf Hercules
Kilgore, TX 75662
**Served via U.S. Mail**

Lisa Cooper
501 Biggers St.
Henderson, TX 75652
**Served via U.S. Mail**

Maria L. Aguilar
202 Valentine St., Apt. 12
Longview, TX 75604
**Served via U.S. Mail**

Muzak LLC
Attn: Eileen J. Foreman
3318 Lakemont Boulevard
Fort Mill, SC 29708
**Served via U.S. Mail**

One Call Services, LLC
Attn: Ricardo Estrada
10867 Oakdale Drive
Tyler, TX 75707
**Served via U.S. Mail**

PAETEC
One PAETEC Plaza
600 Willowbrook Office Park
Fairport, NY 14450
**Served via U.S. Mail**

Southwestern Electric Company
P.O. Box 24422
Canton, OH 44701-4422
**Served via U.S. Mail**

Patricia P. Denney
505 W. North St.
Kilgore, TX 75662
**Served via U.S. Mail**

Performance Food Group, Inc.
4141 Lucius McCelvey
Temple, TX 76504
**Served via U.S. Mail**

Randy's Heating and Air Conditio
TACLA 61094C
1611 Hwy 300
Gilmer, TX 75645
**Served via U.S. Mail**

Republic Services
P.O. Box 1139
Kilgore, TX 75663-1139
**Served via U.S. Mail**

Retail Data Systems
375 Franklin Gateway, Suite 400
Marietta, GA 30067
**Served via U.S. Mail**

Samuel N. Paul, II
UPS Capital Business Credit
425 Day Hill Road
Windsor, CT 06095
**Served via U.S. Mail**

Sandra Gonzalez
2207 E. Old Highway 80
White, TX 75693
**Served via U.S. Mail**

Southwestern Electric Company
P.O. Box 24422
Canton, OH 44701-4422
**Served via U.S. Mail**

Steven E. Coleman
Highway 80 Mission
Longview, TX 75604
**Served via U.S. Mail**

Syed F. Ahmed
1000 N. 7th St., Apt. 7-A
Longview, TX 75601
**Served via U.S. Mail**

Texas Comptroller of Public Acco
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528
**Served via U.S. Mail**

The Hartford
P.O. Box 660916
Dallas, TX 75266
**Served via U.S. Mail**

The Wasserstrom Company
477 South Front St.
Columbus, OH 43215
**Served via U.S. Mail**

Tiffany M. Wheeler
3203 Boettcher Dr.
Kilgore, TX 75662
**Served via U.S. Mail**

UPS Business Capital
UPS Capital Business Credit
425 Day Hill Road
Windsor, CT 06095
**Served via U.S. Mail**

*__Noticed Parties:__*
Tarrant County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn:  Laurie A. Spindler
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com
**Served via ECF**

UPS Capital Business Credit
c/o SettlePou
Attn:  Michael P. Menton
3333 Lee Parkway, Eighth Floor
Dallas, TX 75219
Telephone:  214-520-3300
Facsimile:  214-526-4145
Email:  mmenton@settlepou.com
**Served via ECF**